RECEIVED
APR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 14 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JESSE ALVIN COLEMAN

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

TOM DART

SALVADOR A. GODINEZ

THOMAS SNOOKS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08cv2108
JUDGE LINDBERG
MAG. JUDGE BROWN

Case l... _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: JESSE ALVIN COLEMAN

B. List all aliases: _____

C. Prisoner identification number: #20060092250 - N70871

D. Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

E. Address: P.O. BOX 089002 DIV. #11 - AG #404 CHICAGO, IL 60608
CC-J

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: TOM DART

Title: SHERIFF

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

B. Defendant: SALVADOR A. GODINEZ

Title: EXECUTIVE DIRECTOR

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

C. Defendant: THOMAS SNOOKS

Title: SUPERINTENDENT

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
N/A_____

D. List all defendants: _____
N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____
N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Will Again THIS COMPLAINT UNDER THE CIVIL RIGHTS ACT IS AGAINST THE "PARTIAL "OUT" LOCK-DOWN", THAT IS BEING FORCED UPON PRE-TRIAL DETAINEES BY THE AUTHO-RITES AT COOK COUNTY DEPARTMENT-CORRECTIONS JAIL, WHICH IS CONSIDERED VERY CRUEL, INHUMANE, UNUSUAL PUNISHMENT AND INHUMAN LIVING COND. TOWARDS DETAINEES, WE ARE NOT AS OF YET TRIED OR CONVICTED IN ANY COURT OF LAW AND DESERVE A RIGHT TO BE INNOCENT UNTIL PROVEN GUILTY OF ANY CRIME AND NOT BE TREATED FAR WORSER THAN CONVICTED VIOLENT FELONS AT A DISPLINARY STATE INSTITUTION, BOTH THE STATE AND COUNTY ARE HOLDING FACILITIES OF ONE KIND OR ANOTHER, THE DIFFERENCE IS CONVICTION, WE PRE-TRIAL DETAINEES ARE STILL PART OF SOCIETY, TAX PAYERS, REGESTERED VOTERS, BONDABLE, I-BONDABLE, PROBATION, HOUSE ARREST, DISMISSABLE, HEARINGS AND PRE-TRIAL, WE ARE STILL FIGHTING FOR OUR RIGHTS AND OUR FREEDOM IN COURT ROOMS EVERYDAY BUT WHAT THE COOK COUNTY JAIL HAS FABRICATED, THIS PARTIAL "OUT" THAT IS NT EVEN CIVIL ENOUGH FOR INMATES IN STATE 18/6 THAT HAVE BEEN CONVICTED AND DON'T HAVE THE RIGHT TO REFUSE LOCK-DOWN WHERE, WHAT, WHEN OR HOW ANYMORE, WE PRE-TRIAL DETAINEES DO NOT FALL UNDER THAT CATEGORY SO WHY DID

Revised 9/2007

WE HAVE TO GO THROUGH WITH THIS, COOK COUNTY DEPTMENT OF CORRECTIONS IS WRONGFULLY PUTTING PRE-TRIAL DETAINEES THROUGH PARTIAL "OUT" KNOWING THAT IT IS THOUSANDS OVER CROWDED, PUTTING (3) MEN TO A CELL, HIDING PEOPLE IN THE CELLS FROM VISITORS ECT. WITH (1) MAN ON THE FLOOR OF (2) MAN CELL'S WITH NO WAY TO GET IMMEDIATE MEDICAL ATTENTION WITH NO GUARDS PRESENT OR SECURITY NO BUTTONS TO PUSH IN CELLS TO ALERT AUTHORITIES, DETAINEES PACKED-IN OUT OF THE WAY WITH NO CLEANING SUPPLIES NOR ANY CLOTHING CHANGES FOR AT LEAST 1-1½ mo. DIRTY AIR VENTS AND SCREENS IN THE RECYCLED AIR PROCESS, DRY HEAT CAUSING NOSE BLEEDS ALSO COOL AIR CAUSING NOSE BLEEDS, DISEASE THROUGH LACK OF MEDICAL SCREENING AND ALERT ATTENTIVENESS, 24 HRS PACKED IN THE CELL WITH UNWASHED BODIES, WHEN THERE WAS RECRECREATION (1) OR (2)x A WEEK 1½ hr. THERE WERE NO SHOWERS OR CLOTHING CHANGE JUST PACKED RIGHT BACK INTO THE (2) MAN CELL, "THREE DETAINEES" VIOLATING OUR RIGHTS AGAIN AND KEEPING DETAINEES LOCKED DOWN UNTIL PARTIAL "OUT"- -OUT, WHICH IS "5½ OUT" 12 HR LOCK-DOWN "5½ OUT" THEN 24 HR LOCK- -DOWN STRAIGHT, "DAY IN AND OUT" IF YOU WEREN'T OUT FOR YOUR MEALS THE GUARDS SIMPLY SLID YOUR TRAYS SIDEWAYS THROUGH THE CHUCK- -HOLE IN THE TOP OF THE DOOR ANGLEING UP AND DOWN SPLASHING SLOP ON THE FLOOR, THE TRAY DOOR AT THE BOTTOM IS NEVER USED THE GUARDS ARE SIMPLY TO LAZY AND NODDING TO SERVE DETAINEES

HUMANE, THE DEPARTMENT OF CORRECTIONS ARE VIOLATING SO MANY OF OUR RIGHTS WITH THESE GUIDELINES THAT ARE FAR WORSER THAN STATE INSTUTIONS 18/6 AND ARE WAY BELOW STATE STANDARDS WHICH DOE'S MORE THAN VIOLATE US PRE-TRIAL DETAINEE'S CAUSING EXTENDED PUNISHMENT BEING CRUEL AND UNUSUAL BEING IN INHUMANE LIVING CONDITIONS WHICH WILL INSTILL INHIBITED CATATONIC BEHAVIOR AND DETAINEES ARE EXPOSED TO SUCH BEHAVIOR "LONG AND SHORT TERM" INCONCERATION HERE, NOT UNDERSTANDING WHY SOCIETY IS REJECTING US OR NOT REALIZING THE LOOSING OF OUR SENSE OF USEFULNESS WITH THESE LONG SPELLS OF CONFINEMENT THE NEGATISM AND PURPOSELESSNESS BEGANS, THIS IS NOT UNUSUAL WITH CONFINEMENT AND MISTREATMENT, COOK COUNTY JAIL IS DESTROYING PEOPLE LIVES SLOWLY, OUR RIGHTS ARE ONE THING ABUSING OUR LIVES AN ALTOGETHER DIFFERENT TUNE, NOBODY DESERVES THIS PUNISHMENT IN CONFINEMENT AND MIND WITH THE LOSS OF THOUGHT, MISSING DAYS, UNSOLVED PROBLEMS, MORE PROBLEMS, MENTAL LOSS, PHYSICAL LOSS, PAIN, PRESSURE, STRESS, PURPOSELESSNESS, LACKADAISICAL ADDITUDE, STUPOR AND NEGATISM FROM BEING "PARTIAL OUT" TREATED CRUEL AND UNUSUAL, THIS PRODUCT OF PUNISHMENT THE DEPARTMENT OF COOK COUNTY CORRECTIONS THAT IT IS PRATICING ON DETAINEE'S IS FOR "FRANKENSTIEN" AND SHOULD BE SUMMARILY DISMISSED FROM BEING APPLIED TO THOUSANDS OF INNOCENT STAGED NON-VIOLENT, NON-DESCRIPT PRE-TRIAL DETAINEES,......

PLEASE LET'S BRING HUMANITY AND DECENCY BACK TO JAILS GONE WILD WITH NO RESPECT FOR HUMAN RIGHTS OR RIGHTFUL CORRECTIONS.......

"AMEN"

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) STOP ALL 18/6 OF DETAINEES IN DEPARTMENT OF COOK COUNTY JAIL
2) STOP (3) MEN SLEEPING IN CELLS MADE FOR (2) MEANING ONE MAN ON FLOOR
3) AWARD DAMAGES TO THOSE THAT HAVE BEEN SUBJECTED TO SUCH INHUMAN CRUEL AND UNUSUAL PUNISHMENT OF ALL CONDITIONS OF PARTIAL "OUT"
4) MONITOR JAIL CONDITIONS ON BEHALF OF ALL DETAINEE'S
5) RELIEF SOUGHT FOR DAMAGES, INHUMAN CRUEL AND UNUSUAL PUNISHMENT PAIN, SUFFERING AND INHIBITED CATATONIC BEHAVIOR $50,000,000.00

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 02 day of 08, 20 07

*Jesse A. P----* (signature)

(Signature of plaintiff or plaintiffs)

JESSE ALVIN COLEMAN
(Print name)

#20060092250
(I.D. Number)   COOK COUNTY DEPARTMENT OF CORRECTIONS, P.O. BOX 089002 CHICAGO, IL. 60608

HOME → 6608 SO. WOLCOTT, CHICAGO IL. 60636
(Address)

DIVISION ELEVEN
PARTIAL "OUT" SCHEDULE
WED FEBUARY 2007

"GUARD'S SCHEDULE"

| SUN | MON | TUE | WED | THR | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | 01<br>7-3<br>UPPER<br>3-11<br>LOWER | 02<br>7-3<br>LOWER<br>3-11<br>UPPER | 03<br>7-3<br>UPPER<br>3-11<br>LOWER |
| 04<br>7-3<br>LOWER<br>3-11<br>UPPER | 05<br>7-3<br>UPPER<br>3-11<br>LOWER | 06<br>7-3<br>LOWER<br>3-11<br>UPPER | 07<br>7-3<br>UPPER<br>3-11<br>LOWER | 08<br>7-3<br>LOWER<br>3-11<br>UPPER | 09<br>7-3<br>UPPER<br>3-11<br>LOWER | 10<br>7-3<br>LOWER<br>3-11<br>UPPER |
| 11<br>7-3<br>UPPER<br>3-11<br>LOWER | 12<br>7-3<br>LOWER<br>3-11<br>UPPER | 13<br>7-3<br>UPPER<br>3-11<br>LOWER | 14<br>7-3<br>LOWER<br>3-11<br>UPPER | 15<br>7-3<br>UPPER<br>3-11<br>LOWER | 16<br>7-3<br>LOWER<br>3-11<br>UPPER | 17<br>7-3<br>UPPER<br>3-11<br>LOWER |
| 18<br>7-3<br>LOWER<br>3-11<br>UPPER | 19<br>7-3<br>UPPER<br>3-11<br>LOWER | 20<br>7-3<br>LOWER<br>3-11<br>UPPER | 21<br>7-3<br>UPPER<br>3-11<br>LOWER | 22<br>7-3<br>LOWER<br>3-11<br>UPPER | 23<br>7-3<br>UPPER<br>3-11<br>LOWER | 24<br>7-3<br>LOWER<br>3-11<br>UPPER |
| 25<br>7-3<br>UPPER<br>3-11<br>LOWER | 26<br>7-3<br>LOWER<br>3-11<br>UPPER | 27<br>7-3<br>UPPER<br>3-11<br>LOWER | 28<br>7-3<br>LOWER<br>3-11<br>UPPER | | | |

NOTE: UPPER OR LOWER "OUT" STATUS WILL BE DESIGNATED BY EITHER OF THESE WORDS ON EACH SHIFT

START DATE: FEBURARY 28, 2007

DETAINEE "OUT" WHEN "OUT" 7:30 AM TO 1:30 PM ; 3:30 PM TO 9:30 PM
24 HR LOCK-DOWN PLUS 11 HR LOCK-UP TOTAL........