

**PRISONER CASE**

R

08cv2108
JUDGE LINDBERG
MAG. JUDGE BROWN

UNITED STATES D̶
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** JESSE ALVIN COLEMAN

**Defendant(s):** TOM DART, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Jesse Alvin Coleman
#2006-0092250
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

**Defendant's Attorney:**

APR 1 4 2008

**FILED**
J N    APR 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 5. Transferred From Other District
☐ 2. Removed From State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded From Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** *A. E. Woodham*    **Date:** 04/14/2008

*Lindberg*    98 C 95

*needs May ?*