# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2108 | **DATE** | May 1, 2008 |
| **CASE TITLE** | Coleman v. Dart, *et al.* | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court authorizes Cook County Jail officials to deduct $2.00 from Plaintiff's account. The Clerk of Court is ordered to (1) send a copy of this order to Ms. Elizabeth Hudson; Supervisor of Inmate Trust Fund Accounts; Cook County Department of Corrections Administrative Office; Division V; 2700 South California; Chicago, Illinois 60608, (2) issue summonses and attach a Magistrate Judge Consent Form to each summons, and (3) send Plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this Order.

■ [For further details see text below.]      Docketing to mail notices.

## STATEMENT

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $2.00. The Supervisor of Inmate Trust Fund Accounts at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00 until the full $350.00 filing fee is paid. All payments must be sent to the Clerk of Court; United States District Court; 219 South Dearborn Street; Chicago, Illinois 60604; Attn: Cashier's Desk, 20th Floor. All mailings must clearly identify Plaintiff and the case number assigned to this action. The Cook County Inmate Trust Account Office must notify state correctional authorities of any outstanding balance in the event Plaintiff is transferred from Cook County Jail to a state correctional facility.

The United States Marshals Service is appointed to serve Defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal, as appropriate to serve Defendants with process. The Marshal is directed to make all reasonable efforts to serve Defendants. With respect to any former Cook County Jail employee who can no longer be found at the work address provided by Plaintiff, the Cook County Department of Corrections must furnish the Marshal with his or her last-known address. The information may be used for the purpose of effectuating service (or for proof of service, should a dispute arise) and any documentation of the address may be retained by only the Marshal. Address information may not be maintained in the court file, nor disclosed by

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

**STATEMENT**

the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Federal Rule of Civil Procedure 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Plaintiff must send an exact copy of any filing to Defendants or, if represented by counsel, to counsel for Defendants. Plaintiff must include with the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the Judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.