## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JESSE COLEMAN, | ) | |
| Plaintiff, | ) | 08 C 2108 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Lindberg |
| TOM DART, SALVADOR A. GODINEZ | ) | |
| THOMAS SNOOKS | ) | Magistrate Judge Brown |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Jesse Coleman, 2006-0092250
Cook County Department of Corrections
P.O. Box 089002
Chicago, IL 60608

PLEASE TAKE NOTICE that on June 18, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George W. Lindberg, or any judge sitting in his stead, in Courtroom 1425 of the United State's District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANTS' MOTION TO VACATE ANY TECHINICAL DEFAULTS AND FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and served upon you.

Respectfully submitted,

                                                                RICHARD A DEVINE
                                                                State's Attorney for Cook County
                                                        By:    s/ Francis J. Catania
                                                                Francis J. Catania, Attorney for Defendants

FRANCIS J. CATANIA ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572

### PROOF OF SERVICE

I, Francis J. Catania, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 9, 2008.

[x] Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

                                                                s/ Francis J. Catania ARDC #6203188