## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2108 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Jesse Coleman vs. Tom Dart, et al. | | |

**DOCKET ENTRY TEXT**

Motion by defendants' for extension of time (14) is granted. Defendants' have to and including June 30, 2008 in which to answer or otherwise plead. Defendants' motion to vacate any technical defaults (14) is moot. The status hearing date of 6/25/2008 is stricken. Status hearing reset to 7/2/2008 at 9:15a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|