## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JESSE COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2108 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Lindberg |
| TOM DART, SALVADOR A. GODINEZ | ) | |
| THOMAS SNOOKS | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME DEFENDANTS, Sheriff Thomas Dart, Salvador A. Godinez, and Thomas Snooks, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney Francis J. Catania, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure state as follows:

1) The undersigned Assistant State's Attorney was assigned this case on May 14, 2008 and immediately filed an appearance on behalf of the defendants.

2) In support of his previous request for time, the undersigned urged the court to grant time because requested information and documents as part of the investigation of the claims had not been received.

3) The requested documents are still necessary to properly prepare an answer or other pleading.

4) These documents have not been received. The undersigned has made inquiries and has been informed that the records are being compiled and should be provided within two weeks.

5) Additional time is therefore necessary and the granting of the requested relief will not prejudice the plaintiff.

**WHEREFORE DEFENDANTS pray that this Court:**

1) Grant an enlargement of time up to and including July 23, 2008 for the defendants to answer or otherwise plead; and

2) Grant any other relief the court deems just.

                    Respectfully submitted,

                    RICHARD A DEVINE
                    State's Attorney for Cook County

By:   s/ Francis J. Catania
       Francis J. Catania, Attorney for Defendants

RICHARD A DEVINE
FRANCIS J. CATANIA ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572