UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Jesse Alvin Coleman
                       Plaintiff,

v.                                                            Case No.: 1:08−cv−02108
                                                                 Honorable George W. Lindberg

Tom Dart, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Defendants' Motion for an Enlargement of Time to Answer or Otherwise Plead [18] is granted. Defendants are granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before July 23, 2008. The Court reschedules the parties' July 2, 2008 status hearing to July 23, 2008 at 9:30 a.m. No court appearance is required on July 2, 2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.