# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:   Case Number: 08 CV 2108
Jesse Alvin Coleman v. Thomas Dart, et al.,

Judge: George W.   LINDBERG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Salvador Godinez and Thomas Snooks

SIGNATURE   /s/ Francis J. Catania ARDC# 6203188

FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS   RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP   CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 6203188 | (312) 603-6572 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐