**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JESSE COLEMAN, | ) | |
|     Plaintiff, | ) | 08 C 2108 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | George Lindberg |
| TOM DART, SALVADOR A. GODINEZ | ) | |
| THOMAS SNOOKS | ) | Magistrate Judge Brown |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:　Jesse Coleman, 2006-0092250
　　　Cook County Department of Corrections
　　　P.O. Box 089002
　　　Chicago, IL 60608

　　　PLEASE TAKE NOTICE that on July 23, 2008 I caused to be filed with the Clerk of court of the United State's District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois the attached **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　RICHARD A DEVINE
　　　　　　　　　　　　　　　　　　　　　State's Attorney for Cook County
　　　　　　　　　　　　　By:　　　s/ Francis J. Catania
　　　　　　　　　　　　　　　　　　　　　Francis J. Catania, Attorney for Defendants

FRANCIS J. CATANIA ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572

**PROOF OF SERVICE**

I, Francis J. Catania, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on July 23, 2008.

[x] Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

　　　　　　　　　　　　　　　　　　　s/ Francis J. Catania ARDC #6203188