MHW

RECEIVED
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

FILED
7-25
JUL 25 2008
Judge George W. Lindberg
United States District Court

Case Title: "PARTIAL OUT" LOCK-DOWN

JESSE ALVIN COLEMAN

v.

TOM DART
SALVADOR A. GODINEZ
THOMAS SNOOKS

Case Number: 08C 2108

Assigned Judge: LINDBERG

Designated
Magistrate Judge: BROWN

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

05-07-08      By: [signature]
Date                Signature                              Name of Party or Parties

_____     By: _____   _____
Date                Signature                              Name of Party or Parties

_____     By: _____   _____
Date                Signature                              Name of Party or Parties

_____     By: _____   _____
Date                Signature                              Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I JESSE ALVIN COLEMAN, SWEARS UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON  A MAGISTRATE JUDGE CONSENT FORM , BY PLACING IT IN THE MAIL AT COOK COUNTY DEPARTMENT, CORRECTIONAL CENTER ON 05-07-08.

Jesse A. C[oleman]
PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| | |
|---|---|
| Case Title<br>Jesse Alvin Coleman<br><br>V.<br><br>Dart et al., | Case Number: 08 C 2108<br><br>Assigned Judge: Lindberg<br><br>Designated<br>Magistrate Judge: Brown |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| 07/22/2008 | By: /s/Francis J. Catania #6203188 | Thomas J. Dart, by ASA Francis J. Catania |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| 07/22/2008 | By: /s/Francis J. Catania #6203188 | Salvador Godinez |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| 07/22/2008 | By: /s/Francis J. Catania #6203188 | Thomas Snooks |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| | By: | |
|---|---|---|
| Date | Signature | Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.