UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Jesse Alvin Coleman
                        Plaintiff,

v.                                        Case No.: 1:08−cv−02108
                                               Honorable Geraldine Soat Brown

Tom Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: This matter having been assigned to Magistrate Judge Geraldine Soat Brown, an initial status hearing is hereby set before Magistrate Judge Brown on 08/14/08 at 9:00 a.m. in Courtroom 1812. The defendants shall prepare and deliver a copy of an initial status report providing the information required by Judge Brown's Order Setting Initial Status Report to the Courtroom Deputy (Room 1808) three business days before the initial status hearing. See www.ilnd.uscourts.gov/JUDGE BROWN. Defendants shall arrange for the plaintiff to be present by telephone for the status hearing.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.