UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jesse Alvin Coleman
                        Plaintiff,

v.                                           Case No.: 1:08−cv−02108
                                         Honorable Geraldine Soat Brown

Tom Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held with defendants' counsel. Arrangements were not made for plaintiff to be available by telephone. Defendants' oral motion to withdraw the pending motion to dismiss [24] is granted. Defendants are given leave to file a new motion to dismiss. Status hearing set for 08/28/08 at 8:45 a.m. Defendants shall arrange for the plaintiff to be present by telephone for the status hearing.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.