

TO: CLERK
FROM: JESSE ALVIN COLEMAN
DETAINEE: #20060092250
CASE NO: 1:08-CV-02108
08 cv 2108

FILED
Aug 11, 2008
AUG 1 1 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

I'M WRITING YOU BECAUSE I NEED THAT YOU FILE PURSUANT TO 735 ILCS 5/5-105 · I REALLY HAVE NO MONIES, AND SERVE ALL PARTIES THE EVIDENCE THAT I CANNOT OBTAIN COPIES OF, "NO WHERE IN DEPARTMENT OF COOK COUNTY," BEING I GUESS GRIEVANCE'S TURNED INTO REQUEST........

PLEASE SEND ME ALL COPIES AND DOCKETING W/STATUS REPORT'S THAT CONCERN ME AT THE BELOW P.A.

NOTE*
EVIDENCE OF ONE OF THE NUMEROUS TIMES OF, "3 MEN TO A CELL" W/ GUARD OR NOT CARING ABOUT SITUATION ........

THANK'S,
JESSE A. COLEMAN
DETAINEE #20060092250
DIVISION #11 · CF · RM. #312
P.O. BOX 089002
CHICAGO IL. 60608

Part-A / Control #: _____ X _____

Referred To: Div 11 Supt

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE - Request

Detainee Last Name: Coleman   First Name: Jesse

ID #: 2006-0092250   Div.: #11   Living Unit: AG   Date: 10/15/07

BRIEF SUMMARY OF THE COMPLAINT: _____
_____
_____
_____
_____
_____
_____
_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING: _____
_____

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 1/16/7

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

LARRY FLEMING #20070071379 → COLEMAN #20060092250
PAUL KAHR #20070077266

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note:*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: Coleman           First Name: Jesse

ID#: 2006-0070128   Div: 10   Tier/LivingUnit: NG

Date of Request: 10/15/07   Date C.R.W. Received Request: 10/18/07

This request has been processed by: _____ C.R.W.

*Summary of Request:*

_____

*Response and/or Action Taken:*

Razors are provided every night and a sign-out sheet accompanies each bag of razors and is collected and turned in.

Cpt Cozzolino                           Date: 10/19/07  Div./Dept.
(Print- name of individual responding)   (Signature of individual responding)

(WHITE COPY – PROG. SERV. CENTRAL OFFICE)   (YELLOW COPY – C.R.W. WEEKLY PACK)   (PINK COPY – DETAINEE)

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I JESSE ALVIN COLEMAN, SWEARS UNDER PENALTY OF PERJURY THAT I COPY OF THE ATTACHED DOCUMENT ON COOK COUNTY DEPARTMENT OF CORRECTIONS, "DETAINEE GRIEVANCE FORM" BY PLACING IT IN THE MAIL AT COOK COUNTY DEPARTMENT, CORRECTIONAL CENTER ON 08·06·08.

_Jesse A. /s/_
PLAINTIFF