## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JESSE COLEMAN, ) | |
|     Plaintiff, ) | 08 C 2108 |
| ) | |
| vs. ) | Honorable Magistrate |
| ) | Judge Geraldine Soat Brown |
| TOM DART, SALVADOR A. GODINEZ ) | |
| THOMAS SNOOKS ) | |
|     Defendants. ) | |

### NOTICE OF MOTION

To:  Jesse Coleman, 2006-0092250
 Cook County Department of Corrections
 P.O. Box 089002
 Chicago, IL 60608

    PLEASE TAKE NOTICE that on August 28, 2008 at 8:45 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Geraldine Soat Brown, or any judge sitting in her stead, in Courtroom 1812 of the United State's District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and served upon you.

                                              Respectfully submitted,
                                              RICHARD A DEVINE
                                              State's Attorney for Cook County
                       By:    s/ Francis J. Catania
                                              Francis J. Catania, Attorney for Defendants

FRANCIS J. CATANIA ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572

### PROOF OF SERVICE

I, Francis J. Catania, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on August 15, 2008.

[x] Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

                                              s/ Francis J. Catania  ARDC #6203188