# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jesse Alvin Coleman
                       Plaintiff,

v.                                        Case No.: 1:08−cv−02108
                                                Honorable Geraldine Soat Brown

Tom Dart, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held. Motion hearing held. Plaintiff has received defendants' motion to dismiss. Plaintiff voluntary dismisses the complaint without prejudice. Defendants' motion to dismiss [31] is moot. Terminate Case. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.